IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Valerie M. Boyd, | C/A No.: 3:17-3414-JMC-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Johnson Food Service, LLC; Trinity Foods, Inc. d/b/a Military Food and Beverage; and Preston Wider, III, | |
| Defendants. | |

This matter comes before the court on the motion [ECF No. 65] of defendant Trinity Foods, Inc. d/b/a Military Food and Beverage ("MFB") to compel Valerie M. Boyd ("Plaintiff") to produce responses to MFB's First Set of Interrogatories and First Set of Requests for Production ("Discovery Requests"), which are attached to MFB's motion at ECF Nos. 65-1 and 65-2.

The motion indicates that the Discovery Requests were first served on Plaintiff on July 10, 2019. After informal attempts to obtain discovery responses from Plaintiff's counsel, MFB's counsel granted Plaintiff's counsel until September 25, 2019, to provide the discovery responses. [ECF No. 65] MFB's motion indicates that Plaintiff has failed to respond to the Discovery Requests. *Id.*

1

In light of the foregoing, the court grants MFB's motion to compel. Plaintiff is directed to provide responses to the discovery requests by October 16, 2019. Because Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4). Plaintiff is advised that failure to comply with the court's order may result in a recommendation that this case be dismissed for failure to participate in discovery and/or sanctions, including payment of MFB's attorneys' fees and costs in preparing such motions.

    IT IS SO ORDERED.

October 2, 2019  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge